APPEAL No. 75-301. J. M. MILLS, INC. *et al. v.* DENNIS MURPHY, *Director Department of Natural Resources.* Appellants shall appear before Supreme Court on Friday, October 10, 1975, at 9:30 a.m. and *show cause,* if any they have, why this appeal should not be denied and dismissed for want of jurisdiction in the Superior Court. See *Berberian* v. *Travisono,* 114 R. I. 269, 332 A.2d 121 (1975). *Dominic F. Cresto,* for appellants. *Julius C. Michaelson,* Attorney General, *J. Peter Doherty,* Special Asst. Attorney General, for appellee.

October 2, 1975.

APPEAL No. 75-277. LOUIS D'AMICO *et al. v.* JAMES MULLEN *et al.* Motion of defendant-appellees for special assignment is granted. The plaintiff-appellants' brief shall be filed on or before October 17, 1975, and the defendant-appellees' brief shall be filed on or before October 31, 1975. The matter is assigned to November 7, 1975 for hearing on the merits. *Moore, Virgadamo, Boyle & Lynch, Ltd., Joseph R. Palumbo, Peter B. Frank,* for appellants-plaintiffs. *Michael DeFanti,* for appellees-defendants.

October 6, 1975.

APPEAL No. 75-160. DONATO L. PERRIELLO *v.* THOMAS DEL VECCHIO. Motion to withdraw as counsel for plaintiff is granted, effective October 17, 1975, 115 R. I. 913, 341 A.2d 757 (1975) subject to counsel giving notice of his withdrawal to plaintiff by registered mail, return receipt requested, and the filing of said receipt and copy of notice with the Clerk of the court. *Richard Bruce Feinstein,* for plaintiff. *Robert K. Pirraglia,* for defendant.